OPINION — AG — **** DOCUMENTARY STAMP TAX **** WHEN FARMER "A" TRANSFERS HIS LAND WORTH $70,000.00 PLUS $5,000.00 CASH TO FARMER "B", THE DEED SHOULD HAVE DOCUMENTARY STAMPS SHOWING A $70,000.00 SALE. WHEN FARMER "B" TRANSFER HIS LAND WORTH $75,000.00 TO FARMER "A", THE DEED SHOULD HAVE DOCUMENTARY STAMPS SHOWING A $75,000.00 SALE. CITE: 68 O.S. 1971 5101 [68-5101] (TODD MARKUM)